UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greg Prasker and Michelle Larusso on behalf of
themselves and all other similarly situated,
        Plaintiff(s),

    -against-

Asia Five Eight LLC d/b/a Tao Restaurant,
Marc Parcker, Richard Wolf, Kim Kurlanchik, et al.,
        Defendant(s).
------------------------------------------------------------X

JUDGE CEDARBAUM
Index No. 08 CIV. 5811

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                         S.S.
COUNTY OF NEW YORK)

       DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 16th day of July 2008, at approximately the time of 2:11 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, JUDGES' RULES, NOTICE OF CASE MANAGEMENT AND SCHEDULING CONFERENCE** upon Asia Five Eight LLC at 888 7th Avenue, 34th Floor, New York, NY 10022, by personally delivering and leaving the same with Danelia Dasilva, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Daneila Dasilva is a Hispanic female, approximately 54 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 130 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
18th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012