**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Greg Prasker and Michelle Larusso on behalf of
themselves and all other similarly situated,
         Plaintiff(s),

   -against-
Asia Five Eight LLC d/b/a Tao Restaurant,
Marc Parcker, Richard Wolf, Kim Kurlanchik, et al.,
         Defendant(s).
------------------------------------------------------------X

JUDGE CEDARBAUM
Index No. 08 CIV. 5811

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 16th day of July 2008, at approximately the time of 1:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, JUDGES' RULES, NOTICE OF CASE MANAGEMENT AND SCHEDULING CONFERENCE** upon Kim Kurlanchik at 42 East 58th Street, New York, NY 10022, by personally delivering and leaving the same with Kim Kurlanchik at that address. At the time of service, deponent asked Kim Kurlanchik if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Kim Kurlanchik is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 130 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of July 2008

_____
NOTARY PUBLIC

NOTARY PUBLIC
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com