UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Greg Prasker and Michelle Larusso on behalf of
themselves and all other similarly situated,
        Plaintiff(s),

   -against-

Asia Five Eight LLC d/b/a Tao Restaurant,
Marc Parcker, Richard Wolf, Kim Kurlanchik, et al.,
        Defendant(s).
-------------------------------------------------------------X

JUDGE CEDARBAUM
Index No. 08 CIV. 5811

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                             S.S.
COUNTY OF NEW YORK)

       DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 16th day of July 2008, at approximately the time of 2:11 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, JUDGES' RULES, NOTICE OF CASE MANAGEMENT AND SCHEDULING CONFERENCE** upon Richard Wolf at 888 7th Avenue, 34th Floor, New York, NY 10022, by personally delivering and leaving the same with Danelia Dasilva, Secretary, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Richard Wolf is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Daneila Dasilva is a Hispanic female, approximately 54 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 130 pounds with black hair and brown eyes.

       That on the 17th day of July 2008, deponent served another copy of the foregoing upon Richard Wolf at 888 7th Avenue, 34th Floor, New York, NY 10022, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and

depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
18th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012