AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Prasker et al. v. Asia Five Eight LLC et al.         Case Number:  08-CV-05811

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Greg Prasker and Michelle Iarusso on behalf of themselves and all others similarly situated.

I certify that I am admitted to practice in this court.

| 8/1/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Tara Lai Quinlan | TQ 0717 |
|---|---|
| Print Name | Bar Number |

3 Park Avenue, 29th Floor
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 245-1000 | (212) 977-4005 |
|---|---|
| Phone Number | Fax Number |