JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
    Felice B. Ekelman (FE 5692)
    Allison C. Spivak (AS 1628)

ATTORNEYS FOR DEFENDANTS ASIA
FIVE EIGHT LLC d/b/a TAO RESTAURANT,
KIM KURLANCHIK, PAUL GOLDSTEIN AND
TONY DADDABBO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN and TONY DADDABBO,

    Defendants.

No. 08 Civ 5811 (MGC) (JCF)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants, Asia Five Eight LLC d/b/a Tao Restaurant, Kim Kurlanchik, Paul Goldstein and Anthony N. Daddabbo (incorrectly named herein as "Tony Daddabbo") to answer, move or otherwise respond to Plaintiffs' Class Action Complaint is extended to and including August 19, 2008.

IT IS FURTHER STIPULATED AND AGREED, that no such prior extension has been requested or granted.

              OUTTEN & GOLDEN LLP
              3 Park Avenue, 29th Floor
              New York, New York 10016
              (212) 245-1000

By: _____
    Adam T. Klein (AK 3293)
    Justin M. Swartz (JS 7989)
    Allegra L. Fishel (AF 4866)

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038
    (212) 545-4000

By: _____
    Felice B. Ekelman (FE 5692)
    Allison C. Spivak (AS 1628)

ATTORNEYS FOR DEFENDANTS ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, KIM KURLANCHIK, PAUL GOLDSTEIN AND ANTHONY N. DADDABBO

Dated: July 25, 2008
       New York, New York

So Ordered:
July 31, 2008

_____
United States District Judge

2