AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Prasker et al. v. Asia Five Eight LLC et al.        Case Number: 08-CV-05811

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Greg Prasker and Michelle Iarusso on behalf of themselves and all others similarly situated.

I certify that I am admitted to practice in this court.

8/4/2008
Date

Signature

Linda A. Neilan                                    LN 4095
Print Name                                         Bar Number

3 Park Avenue, 29th Floor
Address

New York            NY            10016
City                State         Zip Code

(212) 245-1000              (212) 977-4005
Phone Number                Fax Number