# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated, | APPEARANCE<br><br>Case Number: 08 Civ. 5811 (MGC) (JCF) |

Plaintiffs,

-against-

ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN and TONY DADDABBO,

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Asia Five Eight LLC d/b/a TAO Restaurant, Marc Packer, Richard Wolf, Kim Kurlanchik, Paul Goldstein and Tony Daddabbo.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 5, 2008<br>Date | _(signature)_<br>Signature |
| | Felice B. Ekelman (FE5692)<br>Print Name |
| | JACKSON LEWIS LLP, 59 Maiden Lane<br>Address |
| | New York,    NY            10038<br>City           State          Zip Code |
| | 212-545-4000           212-972-3213<br>Phone Number          Fax Number |