# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated,**

                Plaintiffs,

-against-

**ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN and TONY DADDABBO,**

                Defendants.

APPEARANCE

Case Number: 08 Civ. 5811 (MGC) (JCF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants Asia Five Eight LLC d/b/a TAO Restaurant, Marc Packer, Richard Wolf, Kim Kurlanchik, Paul Goldstein and Tony Daddabbo.

    I certify that I am admitted to practice in this court.

August 5, 2008
Date

Signature

Allison C. Spivak (AS1628)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,   NY          10038
City        State       Zip Code

212-545-4000            212-972-3213
Phone Number            Fax Number