**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Allegra L. Fishel (AF 4866)
Linda A. Neilan (LN 4095)
Tara Lai Quinlan (TQ 0717)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN, and TONY DADDABBO,<br><br>**Defendants.** | 08-CV-5811 (MCG) |

NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS

The following plaintiff is hereby joined to the instant action by their signed Consent to be

a Party Plaintiff form, true and correct copy of which is attached hereto as Exhibit A:

1.  Donna Zimmerman


Dated: August 11, 2008
       New York, New York

    Respectfully Submitted,

    **OUTTEN & GOLDEN, LLP**

       /s/ Linda A. Neilan
    Linda A. Neilan
    3 Park Avenue, Floor 29
    New York, NY 10016
    Phone: 212-245-1000
    Fax: 212- 977-4005

    **ATTORNEYS FOR PLAINTIFFS**

# CONSENT TO BE A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against ___TAO Restaurant, Asia Five Eight LLC___. By joining this lawsuit, I designate the Class Representatives to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Outten & Golden LLP and other attorneys with whom they may associate.

Date: 8/5/08

Signature: _[signature]_

Printed Name: Donna Zimmerman

Address: 325 E. 8th #6B

City, State, Zip: NYC NY 10009