JACKSON LEWIS LLP
59 Maiden Lane
New York, New York  10038
    Felice B. Ekelman (FE 5692)
    Allison C. Spivak (AS 1628)

ATTORNEYS FOR DEFENDANTS ASIA
FIVE EIGHT LLC d/b/a TAO RESTAURANT,
MARC PACKER, RICHARD WOLF,
KIM KURLANCHIK, PAUL GOLDSTEIN
AND TONY DADDABBO



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated, <br><br>             Plaintiffs, <br><br> -against- <br><br> ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN and TONY DADDABBO, <br><br>             Defendants. |

No. 08 Civ 5811 (MGC) (JCF)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants Marc Packer and Richard Wolf to answer, move or otherwise respond to Plaintiffs' Class Action Complaint is extended to and including August 19, 2008.

IT IS FURTHER STIPULATED AND AGREED, that no such prior extension has been requested or granted.

                                      OUTTEN & GOLDEN LLP
                                          3 Park Avenue, 29th Floor
                                          New York, New York 10016
                                          (212) 245-1000

By: _____ (LN 4095)
     Adam T. Klein (AK 3293)
     Justin M. Swartz (JS 7989)
     Allegra L. Fishel (AF 4866)

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038
    (212) 545-4000

By: _____
     Felice B. Ekelman (FE 5692)
     Allison C. Spivak (AS 1628)

ATTORNEYS FOR DEFENDANTS ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN AND ANTHONY N. DADDABBO

Dated: August 4, 2008
       New York, New York

S/ _____
8/13/08 Part I