JACKSON LEWIS LLP
59 Maiden Lane
New York, New York  10038
  Felice B. Ekelman (FE 5692)
  Allison C. Spivak (AS 1628)


ATTORNEYS FOR DEFENDANTS ASIA
FIVE EIGHT LLC d/b/a TAO RESTAURANT,
MARC PACKER, RICHARD WOLF, KIM
KURLANCHIK, PAUL GOLDSTEIN AND
ANTHONY N. DADDABBO

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG PRASKER and MICHELLE IARUSSO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  -against-<br><br>ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT, MARC PACKER, RICHARD WOLF, KIM KURLANCHIK, PAUL GOLDSTEIN and TONY DADDABBO,<br><br>    Defendants. | No. 08 Civ 5811 (MGC) (JCF) |

### RULE 7.1 STATEMENT OF DEFENDANT ASIA FIVE EIGHT LLC d/b/a TAO RESTAURANT

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable judges and magistrates of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Asia Five Eight LLC d/b/a Tao Restaurant (referred to herein as "Defendant Tao"), certify that Defendant Tao has no corporate interests, subsidiaries, or affiliates which are publicly held.

1

Respectfully submitted,

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York   10038-4502
    (212) 545-4000


By:        */s/ Felice B. Ekelman*
        Felice B. Ekelman (FE 5692)
        Allison C. Spivak (AS 1628)


ATTORNEYS FOR DEFENDANTS


Dated: August 19, 2008
    New York, New York