IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

GREG PRASKER and MICHELLE IARUSSO,
on behalf of themselves and all others similarly
situated,

              **Plaintiffs,**

    -against-

ASIA FIVE EIGHT LLC d/b/a TAO
RESTAURANT, MARC PACKER, RICHARD
WOLF, KIM KURLANCHIK, PAUL
GOLDSTEIN and TONY DADDABBO,

              **Defendants.**

No. 08 Civ 5811 (MGC) (JCF)

## NOTICE OF FILING OF OPT-IN FORMS

Attached hereto as Exhibit A are the Consent to Join Forms in the above-captioned matter.

Dated: New York, New York
       December 21, 2010

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    *ATTORNEYS FOR DEFENDANTS*
                    666 Third Avenue
                    New York, New York 10017
                    (212) 545-4000

By: _____
                    Felice B. Ekelman, Esq. (FE5692)

# EXHIBIT A



equence! 277543586   Serial 1097   TR 63100688
ccount 2122594101   Amount 4225.33   Date 02-19-2010

equence! 277777456   Serial 1186   TR 63100688
ccount 2122594101   Amount 435.61   Date 02-23-2010

equence! 277800520   Serial 1272   TR 63100688
ccount 2122594101   Amount 4566.54   Date 02-23-2010

equence! 277801003   Serial 1076   TR 63100688
ccount 2122594101   Amount 1495.56   Date 02-23-2010

equence! 270107281   Serial 1330   TR 63100688
ccount 2122594101   Amount 602.58   Date 02-23-2010

equence! 270107620   Serial 1142   TR 63100688
ccount 2122594101   Amount 696.96   Date 02-23-2010



equence1 270107632   Serial 1116   TR 63100688
ccount 2122594101   Amount 2374.03   Date 02-23-2010

equence1 270107635   Serial 1258   TR 63100688
ccount 2122594101   Amount 6054.85   Date 02-23-2010

equence1 277489978   Serial 1350   TR 63100688
ccount 2122594101   Amount 377.51   Date 02-19-2010

equence1 270326251   Serial 1036   TR 63100688
ccount 2122594101   Amount 130.69   Date 02-25-2010

equence1 277491025   Serial 1015   TR 63100688
ccount 2122594101   Amount 1633.50   Date 02-19-2010

equence1 277401190   Serial 1053   TR 63100688
ccount 2122594101   Amount 2780.58   Date 02-19-2010



equencel 277401196   Serial 1089   TR 63100688
ccount 2122594101   Amount 2635.39   Date 02-19-2010

equencel 269357220   Serial 1294   TR 63100688
ccount 2122594101   Amount 3528.37   Date 02-25-2010

equencel 277548058   Serial 1170   TR 63100688
ccount 2122594101   Amount 3049.20   Date 02-19-2010

equencel 277548061   Serial 1090   TR 63100688
ccount 2122594101   Amount 1437.48   Date 02-19-2010

equencel 277548067   Serial 1031   TR 63100688
ccount 2122594101   Amount 2207.04   Date 02-19-2010

equencel 277548085   Serial 1201   TR 63100688
ccount 2122594101   Amount 377.51   Date 02-19-2010



equence 277548088   Serial 1238   TR 63100688
ccount 2122594101   Amount 1045.44   Date 02-19-2010

equence 277548091   Serial 1232   TR 63100688
ccount 2122594101   Amount 1829.52   Date 02-19-2010

equence 277548094   Serial 1168   TR 63100688
ccount 2122594101   Amount 3869.58   Date 02-19-2010

equence 277363297   Serial 1348   TR 63100688
ccount 2122594101   Amount 1234.21   Date 02-18-2010

equence 269357772   Serial 1284   TR 63100688
ccount 2122594101   Amount 1205.16   Date 02-25-2010

equence 276941314   Serial 1305   TR 63100688
ccount 2122594101   Amount 6141.97   Date 02-17-2010



Sequence# 277754119   Serial 1236   TR 63100688
Account 2122594101   Amount 1197.90   Date 02-22-2010

Sequence# 249116923   Serial 1100   TR 63100688
Account 2122594101   Amount 232.32   Date 02-23-2010

Sequence# 276942229   Serial 1052   TR 63100688
Account 2122594101   Amount 3136.33   Date 02-17-2010

Sequence# 277401145   Serial 1178   TR 63100688
Account 2122594101   Amount 1415.70   Date 02-19-2010

Sequence# 277401146   Serial 1289   TR 63100688
Account 2122594101   Amount 500.94   Date 02-19-2010

Sequence# 276634012   Serial 1114   TR 63100688
Account 2122594101   Amount 3898.62   Date 02-26-2010



REDACTED

equencel 270634015   Serial 1210   TR 63100688
ccount 2122594101   Amount 1568.16   Date 02-26-2010

REDACTED

equencel 270634018   Serial 1307   TR 63100688
ccount 2122594101   Amount 1916.64   Date 02-26-2010

REDACTED

equencel 270128236   Serial 1153   TR 63100688
ccount 2122594101   Amount 3651.79   Date 02-24-2010

REDACTED

equencel 277349870   Serial 1336   TR 63100688
ccount 2122594101   Amount 3150.84   Date 02-18-2010

REDACTED

equencel 249246244   Serial 1118   TR 63100688
ccount 2122594101   Amount 108.91   Date 02-26-2010

equencel 277349521   Serial 1144   TR 63100688
ccount 2122594101   Amount 3963.95   Date 02-18-2010



equence: 277399885   Serial 1203   TR 63100688
ccount 2122594101   Amount 479.16   Date 02-19-2010

equence: 270313060   Serial 1208   TR 63100688
ccount 2122594101   Amount 624.36   Date 02-25-2010

equence: 277389646   Serial 1214   TR 63100688
ccount 2122594101   Amount 6040.33   Date 02-18-2010

equence: 277389649   Serial 1300   TR 63100688
ccount 2122594101   Amount 6127.45   Date 02-18-2010

equence: 277389652   Serial 1301   TR 63100688
ccount 2122594101   Amount 1074.48   Date 02-18-2010

equence: 277389655   Serial 1197   TR 63100688
ccount 2122594101   Amount 4588.32   Date 02-18-2010



equencel 277389661   Serial 1174   TR 63100688
ccount 2122594101   Amount 3920.41   Date 02-18-2010

equencel 277389667   Serial 1251   TR 63100688
ccount 2122594101   Amount 5749.93   Date 02-18-2010

equencel 249164365   Serial 1113   TR 63100688
ccount 2122594101   Amount 130.69   Date 02-24-2010

equencel 277790524   Serial 1276   TR 63100688
ccount 2122594101   Amount 725.99   Date 02-23-2010

equencel 277242763   Serial 1346   TR 63100688
ccount 2122594101   Amount 936.54   Date 02-18-2010

equencel 277766155   Serial 1061   TR 63100688
ccount 2122594101   Amount 813.12   Date 02-22-2010



REDACTED

equence2 2693141555   Serial 1279   TR 63100688
ccount 2122594101   Amount 6141.97   Date 02-23-2010

equence2 277766743   Serial 1024   TR 63100688
ccount 2122594101   Amount 1916.64   Date 02-22-2010

Redacted

equence2 277206811   Serial 1263   TR 63100688
ccount 2122594101   Amount 304.92   Date 02-17-2010

REDACTED

equence2 249118030   Serial 1064   TR 63100688
ccount 2122594101   Amount 304.92   Date 02-17-2010

equence2 277207171   Serial 1121   TR 63100688
ccount 2122594101   Amount 6033.07   Date 02-17-2010

REDACTED

equence2 277207303   Serial 1205   TR 63100688
ccount 2122594101   Amount 1524.60   Date 02-17-2010



REDACTED

equencel 249181855   Serial 1308   TR 63100688
ccount 2122594101   Amount 5198.17   Date 02-18-2010

REDACTED

equencel 249181858   Serial 1297   TR 63100688
ccount 2122594101   Amount 827.64   Date 02-18-2010

REDACTED

equancel 249181861   Serial 1022   TR 63100688
ccount 2122594101   Amount 6040.33   Date 02-18-2010

REDACTED

equancel 249181864   Serial 1049   TR 63100688
ccount 2122594101   Amount 2272.37   Date 02-18-2010

REDACTED

equencel 249181873   Serial 1163   TR 63100688
ccount 2122594101   Amount 304.92   Date 02-18-2010

equencel 270113227   Serial 1077   TR 63100688
ccount 2122594101   Amount 2119.92   Date 02-24-2010



Sequence1 277239358   Serial 1169   TR 63100688
Account 2122594101   Amount 980.10   Date 02-18-2010

Sequence1 277239361   Serial 1041   TR 63100688
Account 2122594101   Amount 435.61   Date 02-18-2010

Sequence1 277217650   Serial 1335   TR 63100688
Account 2122594101   Amount 2577.31   Date 02-18-2010

Sequence1 277239541   Serial 1354   TR 63100688
Account 2122594101   Amount 631.62   Date 02-18-2010

Sequence1 277239544   Serial 1013   TR 63100688
Account 2122594101   Amount 6062.12   Date 02-18-2010

Sequence1 277239625   Serial 1028   TR 63100688
Account 2122594101   Amount 1321.32   Date 02-18-2010



Sequence# 277239628   Serial 1027   TR 63100688
Account 2122594101   Amount 1481.04   Date 02-18-2010

Sequence# 277217779   Serial 1182   TR 63100688
Account 2122594101   Amount 304.92   Date 02-18-2010

Sequence# 277217785   Serial 1175   TR 63100688
Account 2122594101   Amount 304.92   Date 02-18-2010

Sequence# 277218091   Serial 1098   TR 63100688
Account 2122594101   Amount 406.56   Date 02-18-2010

Sequence# 277239985   Serial 1072   TR 63100688
Account 2122594101   Amount 914.76   Date 02-18-2010

Sequence# 249116005   Serial 1334   TR 63100688
Account 2122594101   Amount 914.76   Date 02-23-2010



equence 277241224   Serial 1295   TR 63100688
ccount 2122594101   Amount 6171.01   Date 02-18-2010

equence 277241227   Serial 1141   TR 63100688
ccount 2122594101   Amount 3136.33   Date 02-18-2010

equence 277241407   Serial 1325   TR 63100688
ccount 2122594101   Amount 2976.80   Date 02-18-2010

equence 277241449   Serial 1345   TR 63100688
ccount 2122594101   Amount 1205.16   Date 02-18-2010

equence 277241539   Serial 1191   TR 63100688
ccount 2122594101   Amount 2678.95   Date 02-18-2010

equence 277241599   Serial 1280   TR 63100688
ccount 2122594101   Amount 3049.20   Date 02-18-2010



equence1 277241890   Serial 1066   TR 63100688
ccount 2122594101   Amount 392.04   Date 02-18-2010

equence1 277241893   Serial 1129   TR 63100688
ccount 2122594101   Amount 5350.62   Date 02-18-2010

equence1 277241920   Serial 1046   TR 63100688
ccount 2122594101   Amount 4159.99   Date 02-18-2010

equence1 277241923   Serial 1059   TR 63100688
ccount 2122594101   Amount 4522.98   Date 02-18-2010

equence1 270125851   Serial 1088   TR 63100688
ccount 2122594101   Amount 2787.64   Date 02-24-2010

equence1 270125953   Serial 1204   TR 63100688
ccount 2122594101   Amount 653.40   Date 02-24-2010



Sequence! 270477916   Serial 1202   TR 63100688
Account 2122594101   Amount 1045.44   Date 02-25-2010

Sequence! 277381606   Serial 1271   TR 63100688
Account 2122594101   Amount 1415.70   Date 02-18-2010

Sequence! 270127129   Serial 1223   TR 63100688
Account 2122594101   Amount 5038.45   Date 02-24-2010

Sequence! 270127135   Serial 1103   TR 63100688
Account 2122594101   Amount 370.26   Date 02-24-2010

Sequence! 277702777   Serial 1332   TR 63100688
Account 2122594101   Amount 588.05   Date 02-22-2010

Sequence! 249227521   Serial 1181   TR 63100688
Account 2122594101   Amount 239.57   Date 02-19-2010



Sequence| 277381590   Serial 1209   TR 63100688
ccount 2122594101   Amount 1098.26   Date 02-18-2010

Sequence| 277703170   Serial 1058   TR 63100688
ccount 2122594101   Amount 871.19   Date 02-22-2010

Sequence| 277383121   Serial 1239   TR 63100688
ccount 2122594101   Amount 1364.87   Date 02-18-2010

REDACTED

Sequence| 277745341   Serial 1136   TR 63100688
ccount 2122594101   Amount 6105.67   Date 02-22-2010

Sequence| 270259450   Serial 1140   TR 63100688
ccount 2122594101   Amount 1408.45   Date 02-24-2010

REDACTED

Sequence| 277381315   Serial 1226   TR 63100688
ccount 2122594101   Amount 5749.93   Date 02-18-2010



equencel 277381378   Serial 1151   TR 63100688
ccount 2122594101   Amount 304.92   Date 02-18-2010

equencel 277801675   Serial 1123   TR 63100688
ccount 2122594101   Amount 203.28   Date 02-23-2010

equencel 249179971   Serial 1125   TR 63100688
ccount 2122594101   Amount 196.02   Date 02-18-2010

equencel 269275491   Serial 1341   TR 63100688
ccount 2122594101   Amount 842.16   Date 02-18-2010

equencel 270629659   Serial 1329   TR 63100688
ccount 2122594101   Amount 929.26   Date 02-26-2010

equencel 277375480   Serial 1099   TR 63100688
ccount 2122594101   Amount 4174.50   Date 02-18-2010



equencel 277375483   Serial 1156   TR 63100688
ccount 2122594101   Amount 152.46   Date 02-18-2010

REDACTED

equencel 277569085   Serial 1035   TR 63100688
ccount 2122594101   Amount 2119.92   Date 02-22-2010

REDACTED

equencel 277569727   Serial 1165   TR 63100688
ccount 2122594101   Amount 1110.78   Date 02-22-2010

equencel 277569763   Serial 1112   TR 63100688
ccount 2122594101   Amount 4167.24   Date 02-22-2010

REDACTED

equencel 277547281   Serial 1339   TR 63100688
ccount 2122594101   Amount 929.28   Date 02-19-2010

equencel 277569997   Serial 1187   TR 63100688
ccount 2122594101   Amount 3383.17   Date 02-22-2010



equence1 277570000   Serial 1179   TR 63100688
ccount 2122594101   Amount 5619.24   Date 02-22-2010

equence1 249010786   Serial 1133   TR 63100688
ccount 2122594101   Amount 3651.79   Date 02-22-2010

equence1 277570306   Serial 1237   TR 63100688
ccount 2122594101   Amount 2700.72   Date 02-22-2010

equence1 277402474   Serial 1171   TR 63100688
ccount 2122594101   Amount 5980.48   Date 02-19-2010

equence1 277402501   Serial 1108   TR 63100688
ccount 2122594101   Amount 4290.66   Date 02-19-2010

equence1 277402636   Serial 1185   TR 63100688
ccount 2122594101   Amount 6098.41   Date 02-19-2010



equencel 249224092   Serial 1228   TR 63100688
ccount 2122594101   Amount 892.96   Date 02-19-2010

equencel 249224095   Serial 1029   TR 63100688
ccount 2122594101   Amount 1415.70   Date 02-19-2010

equencel 277402837   Serial 1180   TR 63100688
ccount 2122594101   Amount 2940.30   Date 02-19-2010

equencel 277402858   Serial 1155   TR 63100688
ccount 2122594101   Amount 1793.21   Date 02-19-2010

equencel 277402921   Serial 1270   TR 63100688
ccount 2122594101   Amount 4748.04   Date 02-19-2010

equencel 277780023   Serial 1189   TR 63100688
ccount 2122594101   Amount 6069.36   Date 02-22-2010



sequencel 277760026   Serial 1135   TR 63100688
ccount 2122594101   Amount 1415.70   Date 02-22-2010

sequencel 277760101   Serial 1261   TR 63100688
ccount 2122594101   Amount 1466.52   Date 02-22-2010

sequencel 269277561   Serial 1286   TR 63100688
ccount 2122594101   Amount 5154.61   Date 02-19-2010

sequencel 269277564   Serial 1120   TR 63100688
ccount 2122594101   Amount 6156.49   Date 02-19-2010

sequencel 277556542   Serial 1274   TR 63100688
ccount 2122594101   Amount 392.04   Date 02-22-2010

sequencel 277166452   Serial 1333   TR 63100688
ccount 2122594101   Amount 479.16   Date 02-17-2010



equencel 270000187  Serial 1269  TR 63100690
ccount 2122594101  Amount 4929.55  Date 02-23-2010

equencel 277403263  Serial 1014  TR 63100688
ccount 2122594101  Amount 1067.22  Date 02-19-2010

equencel 249225997  Serial 1281  TR 63100688
ccount 2122594101  Amount 6149.22  Date 02-19-2010

equencel 249226003  Serial 1025  TR 63100688
ccount 2122594101  Amount 5974.99  Date 02-19-2010

equencel 270000550  Serial 1018  TR 63100688
ccount 2122594101  Amount 87.12  Date 02-23-2010

equencel 276943171  Serial 1326  TR 63100688
ccount 2122594101  Amount 6127.45  Date 02-17-2010



equencel 277404460   Serial 1190   TR 63100688
ccount 2122594101   Amount 6134.71   Date 02-19-2010

equencel 276943795   Serial 1349   TR 63100688
ccount 2122594101   Amount 1713.35   Date 02-17-2010

equencel 249175147   Serial 1122   TR 63100688
ccount 2122594101   Amount 6054.85   Date 02-18-2010

equencel 249175153   Serial 1159   TR 63100688
ccount 2122594101   Amount 2787.84   Date 02-18-2010

equencel 249175156   Serial 1323   TR 63100688
ccount 2122594101   Amount 1502.82   Date 02-18-2010

equencel 200005336   Serial 1277   TR 63100688
ccount 2122594101   Amount 3230.70   Date 02-24-2010



equence: 249033127    Serial 1327    TR 63100688
ccount 2122594101    Amount 6171.01    Date 02-22-2010

equence: 249162334    Serial 1138    TR 63100688
ccount 2122594101    Amount 2119.92    Date 02-18-2010

equence: 277798909    Serial 1167    TR 63100688
ccount 2122594101    Amount 4334.23    Date 02-23-2010

equence: 270635590    Serial 1342    TR 63100688
ccount 2122594101    Amount 1822.27    Date 02-26-2010

equence: 277799026    Serial 1264    TR 63100688
ccount 2122594101    Amount 101.64    Date 02-23-2010

equence: 277799086    Serial 1195    TR 63100688
ccount 2122594101    Amount 457.38    Date 02-23-2010



equencel 270483495   Serial 1351   TR 63100688
ccount 2122594101   Amount 755.05   Date 02-25-2010

equencel 269764056   Serial 1102   TR 63100688
ccount 2122594101   Amount 145.20   Date 03-24-2010

equencel 275318964   Serial 1023   TR 63100688
ccount 2122594101   Amount 72.59   Date 03-29-2010

equencel 249204874   Serial 1078   TR 63100688
ccount 2122594101   Amount 145.20   Date 03-18-2010

equencel 271271908   Serial 1260   TR 63100688
ccount 2122594101   Amount 108.91   Date 03-02-2010

equencel 275466022   Serial 1104   TR 63100688
ccount 2122594101   Amount 508.20   Date 03-29-2010



equencel 271225222   Serial 1063   TR 63100688
ccount 2122594101   Amount 769.56   Date 03-02-2010

equencel 271225225   Serial 1065   TR 63100688
ccount 2122594101   Amount 2845.91   Date 03-02-2010

equencel 273810898   Serial 1095   TR 63100688
ccount 2122594101   Amount 174.24   Date 03-17-2010

equencel 272482726   Serial 1111   TR 63100688
ccount 2122594101   Amount 1618.98   Date 03-10-2010

equencal 271299847   Serial 1094   TR 63100688
ccount 2122594101   Amount 1415.70   Date 03-03-2010

equencel 249062158   Serial 1337   TR 63100688
ccount 2122594101   Amount 544.50   Date 03-08-2010



equencel 271422559   Serial 1230   TR 63100688
ccount 2122594101   Amount 1807.75   Date 03-03-2010

equencel 271422568   Serial 1267   TR 63100688
ccount 2122594101   Amount 6025.81   Date 03-03-2010

equencel 271422571   Serial 1278   TR 63100688
ccount 2122594101   Amount 4791.60   Date 03-03-2010

equencel 271422574   Serial 1199   TR 63100688
ccount 2122594101   Amount 1089.00   Date 03-03-2010

equencel 271422580   Serial 1233   TR 63100688
ccount 2122594101   Amount 1176.12   Date 03-03-2010

equencel 273633895   Serial 1075   TR 63100688
ccount 2122594101   Amount 246.83   Date 03-17-2010



equencel 271422862   Serial 1328   TR 63100686
ccount 2122594101   Amount 5270.76   Date 03-03-2010

equencel 271422868   Serial 1268   TR 63100688   Date 03-03-2010
ccount 2122594101   Amount 1466.52

equencel 274388191   Serial 1257   TR 63100688
ccount 2122594101   Amount 479.16   Date 03-23-2010

equencel 273632504   Serial 1073   TR 63100688
ccount 2122594101   Amount 101.64   Date 03-18-2010

equencel 273634084   Serial 1229   TR 63100688
ccount 2122594101   Amount 3027.42   Date 03-17-2010

equencel 273832531   Serial 1288   TR 63100688
ccount 2122594101   Amount 2228.83   Date 03-18-2010



REDACTED

REDACTED

REDACTED

equence 271423324   Serial 1149   TR 63100686
ccount 2122594101   Amount 130.69   Date 03-03-2010

equence 249001798   Serial 1338   TR 63100688
ccount 2122594101   Amount 1306.81   Date 03-01-2010

equence 273255391   Serial 1206   TR 63100686
ccount 2122594101   Amount 755.05   Date 03-10-2010

equence 274390009   Serial 1074   TR 63100688
ccount 2122594101   Amount 377.51   Date 03-23-2010

equence 271424773   Serial 1091   TR 63100688
ccount 2122594101   Amount 1785.96   Date 03-03-2010

equence 270887170   Serial 1146   TR 63100688
ccount 2122594101   Amount 2526.48   Date 03-02-2010



equencel 271485373   Serial 1020   TR 63100688
ccount 2122594101   Amount 450.12   Date 03-04-2010

equencel 272441869   Serial 1039   TR 63100688
ccount 2122594101   Amount 1727.89   Date 03-09-2010

equencel 273636502   Serial 1050   TR 63100688
ccount 2122594101   Amount 784.09   Date 03-17-2010

equencel 274150315   Serial 1157   TR 63100688
ccount 2122594101   Amount 1437.48   Date 03-22-2010

equencel 249028474   Serial 1048   TR 63100688
ccount 2122594101   Amount 2083.63   Date 03-01-2010

equencel 27375743B   Serial 1266   TR 63100688
ccount 2122594101   Amount 3753.42   Date 03-17-2010



Sequence# 271479574   Serial 1176   TR 63100688
Account 2122594101   Amount 4595.56   Date 03-03-2010

Sequence# 270888662   Serial 1134   TR 63100688
Account 2122594101   Amount 2613.60   Date 03-02-2010

Sequence# 270888665   Serial 1166   TR 63100688
Account 2122594101   Amount 2025.55   Date 03-02-2010

Sequence# 271292026   Serial 1060   TR 63100688
Account 2122594101   Amount 3891.36   Date 03-03-2010

Sequence# 271292848   Serial 1160   TR 63100688
Account 2122594101   Amount 5314.32   Date 03-03-2010

Sequence# 271292861   Serial 1213   TR 63100688
Account 2122594101   Amount 203.28   Date 03-03-2010



Sequence: 275289205  Serial: 1331  TR 63100688
Account: 2122594101  Amount: 711.48  Date: 03-26-2010

Sequence: 273903848  Serial: 1285  TR 63100688
Account: 2122594101  Amount: 566.27  Date: 03-18-2010

Sequence: 249211252  Serial: 1139  TR 63100688
Account: 2122594101  Amount: 493.68  Date: 03-25-2010

Sequence: 275816740  Serial: 1252  TR 63100688
Account: 2122594101  Amount: 537.25  Date: 03-30-2010

Sequence: 274283485  Serial: 1162  TR 63100688
Account: 2122594101  Amount: 580.00  Date: 03-22-2010

Sequence: 271494241  Serial: 1109  TR 63100688
Account: 2122594101  Amount: 217.79  Date: 03-04-2010



Sequence1 275286199   Serial 1158   TR 63100688
Account 2122594101   Amount 384.78   Date 03-26-2010

Sequence1 271473688   Serial 1292   TR 63100688
Account 2122594101   Amount 5452.26   Date 03-03-2010

Sequence1 249059803   Serial 1030   TR 63100688
Account 2122594101   Amount 3354.13   Date 03-22-2010

Sequence1 249059992   Serial 1253   TR 63100688
Account 2122594101   Amount 6105.67   Date 03-22-2010

Sequence1 270657931   Serial 1340   TR 63100688
Account 2122594101   Amount 972.84   Date 03-01-2010

Sequence1 274751542   Serial 1225   TR 63100688
Account 2122594101   Amount 319.44   Date 03-23-2010



Sequence: 273252508   Serial: 1037   TR 63100688
Account 2122594101   Amount 3317.82   Date 03-16-2010

REDACTED

Sequence: 249114121   Serial: 1068   TR 63100688
Account 2122594101   Amount 871.19   Date 03-16-2010

REDACTED

REDACTED

Sequence: 271846315   Serial: 1299   TR 63100688
Account 2122594101   Amount 72.59   Date 03-09-2010

Sequence: 269837739   Serial: 1152   TR 63100688
Account 2122594101   Amount 87.12   Date 03-30-2010

REDACTED

Sequence: 270886309   Serial: 1057   TR 63100688
Account 2122594101   Amount 87.12   Date 03-02-2010

Sequence: 272804212   Serial: 1240   TR 63100688
Account 2122594101   Amount 2141.70   Date 03-11-2010



Sequence: 274148518   Serial 1309   TR 63100688
Account 2122594101   Amount 392.04   Date 03-22-2010

Sequence: 271251568   Serial 1246   TR 63100688
Account 2122594101   Amount 1263.24   Date 03-02-2010

Sequence: 272056942   Serial 1051   TR 63100688
Account 2122594101   Amount 3049.20   Date 03-08-2010

Sequence: 271462993   Serial 1087   TR 63100688
Account 2122594101   Amount 370.26   Date 03-03-2010

Sequence: 249206692   Serial 1224   TR 63100688
Account 2122594101   Amount 319.44   Date 03-25-2010

Sequence: 271491322   Serial 1287   TR 63100688
Account 2122594101   Amount 3005.65   Date 03-04-2010



Sequence 249123643   Serial 1085   TR 63100688
Account 2122594101   Amount 653.40   Date 03-23-2010

Sequence 271804081   Serial 1193   TR 63100688
Account 2122594101   Amount 522.71   Date 03-05-2010

Sequence 249187677   Serial 1306   TR 63100688
Account 2122594101   Amount 784.09   Date 03-17-2010

Sequence 274974748   Serial 1070   TR 63100688
Account 2122594101   Amount 333.97   Date 03-25-2010

Sequence 274353910   Serial 1038   TR 63100688
Account 2122594101   Amount 711.48   Date 03-22-2010

Sequence 274355260   Serial 1105   TR 63100688
Account 2122594101   Amount 108.91   Date 03-22-2010



Sequence# 249241960   Serial 1128   TR 63100688
Account 2122594101   Amount 174.24   Date 03-19-2010

Sequence# 249128133   Serial 1200   TR 63100688
Account 2122594101   Amount 718.74   Date 03-09-2010

Sequence# 271279064   Serial 1043   TR 63100688
Account 2122594101   Amount 1633.50   Date 03-03-2010

Sequence# 274324411   Serial 1033   TR 63100688
Account 2122594101   Amount 4094.64   Date 03-22-2010

Sequence# 274788536   Serial 1242   TR 63100688
Account 2122594101   Amount 101.64   Date 03-24-2010

Sequence# 249241135   Serial 1107   TR 63100688
Account 2122594101   Amount 740.51   Date 03-26-2010



Sequence| 274768657   Serial 1298   TR 63100688
Account 2122594101   Amount 174.24   Date 03-24-2010

Sequence| 249163933   Serial 1093   TR 63100688
Account 2122594101   Amount 145.20   Date 03-24-2010

Sequence| 274769449   Serial 1130   TR 63100688
Account 2122594101   Amount 174.24   Date 03-24-2010

Sequence| 273257290   Serial 1143   TR 63100688
Account 2122594101   Amount 1292.28   Date 03-16-2010

Sequence| 273810934   Serial 1084   TR 63100688
Account 2122594101   Amount 261.37   Date 03-17-2010

Sequence| 270875272   Serial 1172   TR 63100688
Account 2122594101   Amount 159.72   Date 03-02-2010



Sequence 273960350   Serial 1045   TR 63100686
Account 2122594101   Amount 370.26   Date 03-18-2010

Sequence 249053176   Serial 1083   TR 63100688
Account 2122594101   Amount 152.46   Date 03-29-2010

Sequence 272037406   Serial 1016   TR 63100688
Account 2122594101   Amount 5749.93   Date 03-08-2010

Sequence 272081734   Serial 1079   TR 63100688
Account 2122594101   Amount 1909.38   Date 03-09-2010

Sequence 273812167   Serial 1353   TR 63100688
Account 2122594101   Amount 3027.42   Date 03-17-2010

Sequence 273812173   Serial 1164   TR 63100688
Account 2122594101   Amount 1306.81   Date 03-17-2010



Sequence: 269867130   Serial 1080   TR 63100888
Account 2122594101   Amount 72.59   Date 03-18-2010

Sequence: 272646745   Serial 1211   TR 63100888
Account 2122594101   Amount 1742.41   Date 03-10-2010

Sequence: 273018787   Serial 1320   TR 63100888
Account 2122594101   Amount 1981.89   Date 03-15-2010

Sequence: 249123481   Serial 1137   TR 63100888
Account 2122594101   Amount 696.96   Date 04-13-2010

Sequence: 249176809   Serial 1216   TR 63100888
Account 2122594101   Amount 1067.22   Date 04-01-2010

Sequence: 276572245   Serial 1244   TR 63100888
Account 2122594101   Amount 87.12   Date 04-05-2010



Sequence# 277132351  Serial 1192  TR 63100688
Account 2122594101  Amount 987.36  Date 04-07-2010

Sequence# 276639199  Serial 1322  TR 63100688
Account 2122594101  Amount 1553.64  Date 04-05-2010

Sequence# 270316210  Serial 1234  TR 63100688
Account 2122594101  Amount 116.16  Date 04-15-2010

Sequence# 271412173  Serial 1222  TR 63100688
Account 2122594101  Amount 174.24  Date 04-22-2010

Sequence# 270338005  Serial 1082  TR 63100688
Account 2122594101  Amount 217.79  Date 04-15-2010

Sequence# 272230180  Serial 1047  TR 63100688
Account 2122594101  Amount 1277.76  Date 04-26-2010



Sequence| 276958567    Serial 1126    TR 63100688
Account 2122594101    Amount 2330.47    Date 04-08-2010

Sequence| 276314065    Serial 1194    TR 63100688
Account 2122594101    Amount 675.19    Date 04-02-2010

Sequence| 277656674    Serial 1106    TR 63100688
Account 2122594101    Amount 130.69    Date 04-12-2010

Sequence| 277656677    Serial 1021    TR 63100688
Account 2122594101    Amount 319.44    Date 04-12-2010

Sequence| 276629200    Serial 1290    TR 63100688
Account 2122594101    Amount 435.61    Date 04-05-2010

Sequence| 270154135    Serial 1017    TR 63100688
Account 2122594101    Amount 5415.98    Date 04-14-2010



Sequence# 272593393   Serial 1212   TR 63100688
Account 2122594101   Amount 1481.04   Date 04-30-2010

Sequence# 273672796   Serial 1355   TR 63100688
Account 2122594101   Amount 9483.79   Date 05-06-2010

Sequence# 275643992   Serial 1370   TR 63100688
Account 2122594101   Amount 885.73   Date 05-21-2010

Sequence# 276979597   Serial 1366   TR 63100688
Account 2122594101   Amount 3606.59   Date 05-28-2010

Sequence# 275822683   Serial 1367   TR 63100688
Account 2122594101   Amount 2699.08   Date 05-20-2010

Sequence# 273684601   Serial 1044   TR 63100688
Account 2122594101   Amount 2018.28   Date 05-07-2010



Sequence: 276740068   Serial 1368   TR 63100688
Account 2122594101   Amount 762.31   Date 05-20-2010

Sequence: 274867984   Serial 1369   TR 63100688
Account 2122594101   Amount 1147.08   Date 05-14-2010

Sequence: 273409948   Serial 1375   TR 63100688
Account 2122594101   Amount 3158.11   Date 06-24-2010

Sequence: 277912048   Serial 1373   TR 63100688
Account 2122594101   Amount 1110.78   Date 06-03-2010

Sequence: 270064477   Serial 1372   TR 63100688
Account 2122594101   Amount 2047.32   Date 06-04-2010

Sequence: 270163300   Serial 1386   TR 63100688
Account 2122594101   Amount 101.04   Date 07-26-2010

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Sequence! 277824331   Serial 1380   TR 63100688
Account 2122594101   Amount 972.84   Date 07-23-2010

Sequence! 270125576   Serial 1385   TR 63100688
Account 2122594101   Amount 174.24   Date 07-28-2010

Sequence! 249154510   Serial 1384   TR 63100688
Account 2122594101   Amount 1328.50   Date 07-28-2010

Sequence! 277620473   Serial 1376   TR 63100688
Account 2122594101   Amount 3949.44   Date 07-23-2010

Sequence! 270199768   Serial 1383   TR 63100688
Account 2122594101   Amount 1502.82   Date 07-27-2010

Sequence! 249079147   Serial 1389   TR 63100688
Account 2122594101   Amount 116.16   Date 07-27-2010



Sequence 270190720 Serial 1391 TR 63100688
Account 2122594101 Amount 404.84 Date 07-27-2010

Sequence 270956761 Serial 1378 TR 63100688
Account 2122594101 Amount 87.12 Date 07-29-2010

Sequence 271091143 Serial 1001 TR 63100688
Account 2122594101 Amount 217.79 Date 07-30-2010

Sequence 271700353 Serial 1393 TR 63100688
Account 2122594101 Amount 566.27 Date 08-03-2010

Sequence 249174613 Serial 1392 TR 63100688
Account 2122594101 Amount 348.48 Date 08-04-2010

Sequence 249024148 Serial 1381 TR 63100688
Account 2122594101 Amount 174.24 Date 08-09-2010



Sequence| 249093574   Serial 1388   TR 63100688
Account 2122594101   Amount 457.38   Date 08-24-2010

Sequence| 249113365   Serial 1005   TR 63100688
Account 2122594101   Amount 2940.30   Date 08-24-2010

Sequence| 274041259   Serial 1382   TR 63100688
Account 2122594101   Amount 421.08   Date 08-18-2010

Sequence| 272715715   Serial 1002   TR 63100688
Account 2122594101   Amount 1698.84   Date 08-10-2010

Sequence| 272219311   Serial 1387   TR 63100688
Account 2122594101   Amount 1001.88   Date 08-09-2010

Sequence| 271348864   Serial 1390   TR 63100688
Account 2122594101   Amount 522.71   Date 08-02-2010



Sequence 276309790   Serial 1007   TR 63100688
Account 2122594101   Amount 1393.92   Date 08-31-2010

Sequence 277032695   Serial 1003   TR 63100688
Account 2122594101   Amount 522.71   Date 09-07-2010
BOFDDate 20100907   BOFDSequence 5590832065
BOFDRouting 111900057